Andrew H. Jackman, Respondent, v. James Cavanagh, Individually and as Trustee, etc., of the Scott Laster Association and the Consolidated Hand Method Lasting Machine Company, Appellant.— Order affirmed on argument, with ten dollars costs and disbursements. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Ida Kastin, Respondent, v. Brooklyn Ferry Company of New York, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Robert E. Kinloch, Respondent, v. John Deinhardt, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

William Kuchler, an Infant, by George W. Kuchler, His Guardian ad Litem, Respondent, v. Will Rafel, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Mary Liebel, Respondent, v. Leopold Gally, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Samuel Lipschitz, Respondent, v. Jacob Sapan, Appellant.— Judgment of the Municipal Court affirmed, with costs. The money paid into court on tender should be credited as a payment upon the judgment, and this must be done. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ.; concurred.

Margaret M. McConnell, Appellant, v. John F. McCullough and Others, Respondents.— Judgment affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Bernard McGuire, Respondent, v. The Brooklyn Heights Railroad· Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery of damages to the sum of $5,000, in which event the judgment as modified and order are unanimously affirmed, without costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

William H. Naul, Appellant, v. Miller E. Montooth and Lizzie Ann Naul, Respondents.— Judgment affirmed, with costs to the defendants. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

The New Brighton Fire Engine Company No. 4, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Patrick J. O'Beirne and Mary A. O'Beirne, Respondents, v. Sarah Gildersleeve and Joseph Hegeman, Appellants.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Charles O'Connor, Appellant, v. F. Wesel Manufacturing Company, Respondent.— Judgment affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Harry B. Peace and Harvey W. Peace, Jr., Trading, etc., under the Partnership Name of "Peace Brothers," Respondents, v. Henry E. Bowns, Appellant.